## (July 26, 1982)

■ In the Matter of ANN BARTOSIK, Respondent, v JOSEPH S. SAN FILIPPO, as Commissioner of Broome County Department of Social Services, Appellant. — Motion to dismiss appeal as moot granted, without costs, on the ground that it does not involve phenomenon typically evading review (see *Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715). The merits of the appeal have not been considered. Sweeney, J. P., Kane, Main, Mikoll and Yesawich, Jr., JJ., concur.

■ JOSEPH FRATELLENICO, Appellant, v GEORGE E. GREEN et al., Respondents, et al., Defendants. — Motion to dismiss appeal or, in the alternative, to correct record and to strike brief denied, without costs. The order entered March 31, 1982 may be reviewed upon the appeal for the primary order entered November 24, 1981 (see CPLR 5517). Respondents shall file and serve brief on or before August 30, 1982. Appeal set down for term commencing October 4, 1982. Kane, J. P., Main, Casey, Mikoll and Yesawich, Jr., JJ., concur.